## TYREESE BOWENS *v.* COMMISSIONER OF CORRECTION

The petitioner Tyreese Bowens' petition for certification for appeal from the Appellate Court, 104 Conn. App. 738 (AC 27260), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Alan E. Dillon*, special public defender, in support of the petition.

*Timothy F. Costello*, deputy assistant state's attorney, in opposition.

Decided March 6, 2008